IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., | Case No. 13-cv-3288-TPG |
| Plaintiff, | |
| v. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/7/2014 |
| ROXANE LABORATORIES, INC., | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER ON
JOINT STIPULATION FOR EXTENSION OF TIME**

Defendant Roxane Laboratories, Inc. ("Roxane") and non-party Johnson Matthey, Inc. ("Johnson Matthey") hereby stipulate to the relief requested as set forth below.

On or about January 31, 2014, Defendant Roxane Laboratories, Inc. ("Roxane") served a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises and served a Subpoena to Testify at a Deposition in a Civil Action upon non-party Johnson Matthey, Inc. ("Johnson Matthey").

On February 28, 2014, Johnson Matthey filed a Notice of Motion (D.E. 37), a Declaration of William Youngblood in Support of Johnson Matthey Inc.'s [sic] Motion to Quash (D.E. 38), and Memorandum of Law in Support of Motion to Quash Non-Party Subpoenas (D.E. 39).

Roxane requested and Johnson Matthey granted Roxane an extension to submit a response to the Motion to Quash Non-Party Subpoenas up to and including March 21, 2014.

Johnson Matthey in turn requested and Roxane has granted Johnson Matthey an extension to submit a reply in support of its Motion to Quash Non-Party Subpoenas up to and including April 7, 2014.

WHEREAS, neither Roxane nor Johnson Matthey has previously requested such an extension.

Having considered the pleadings and status of this matter, and for other good cause having been shown, it is hereby agreed and stipulated to, by and between counsel for the respective parties that pursuant to Fed. R. Civ. P. 6(b), Roxane's response to Johnson Matthey's Motion to Quash Non-Party Subpoenas is extended to and including March 21, 2014 and Johnson Matthey's reply in support of its Motion to Quash Non-Party Subpoenas is extended to and including April 7, 2014.

Dated: March 6, 2014                           LOCKE LORD LLP

By: *Myoka Kim Goodin/kb*

Alan B. Clement
aclement@lockelord.com
3 World Financial Center
New York, New York 10281
(212) 415 8600

Scott B. Feder
sfeder@lockelord.com
Myoka Kim Goodin
mkgoodin@lockelord.com
Amanda K. Kelly
akelly@lockelord.com
Wasim K. Bleibel
wbleibel@lockelord.com
Locke Lord LLP
111 South Wacker Drive

Chicago, Illinois 60622
(312) 443-0700

*Attorneys for Defendant
Roxane Laboratories, Inc.*

Dated: March 6, 2014                    DUANE MORRIS LLP

By: _____

Suzan Jo
Email: sjo@duanemorris.com
1540 Broadway
New York, NY 10036-4086
(212) 692-1088
(212) 214-0924 (fax)
*Counsel for Non-Party
Johnson Matthey, Inc.*

SO ORDERED this 7th day of March, 2014

_____
The Honorable Thomas P. Griesa
UNITED STATES DISTRICT JUDGE