IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., <br><br> *Plaintiff,* <br><br> v. <br><br> ROXANE LABORATORIES, INC., <br><br> *Defendant.* | C.A. No. 13-cv-3288-TPG |

### PLAINTIFF ENDO PHARMACEUTICALS INC.'S AMENDED FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Endo Pharmaceuticals Inc. states that Endo International PLC is the parent of Endo Pharmaceuticals Inc., and is also the only publicly held company that owns 10% or more of its stock.

Dated: March 21, 2014

                                                    DECHERT LLP

                                                  /s/ *Jeff Fisher*

Jeffrey Fisher
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 649-8733
jeffrey.fisher@dechert.com

Martin J. Black
Robert D. Rhoad
Dechert LLP
Cira Centre

- 2 -

        2929 Arch Street
        Philadelphia, PA 19104
        (215) 994-4000

        ATTORNEYS FOR PLAINTIFF ENDO
        PHARMACEUTICALS INC.

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2014, I served the foregoing Plaintiff Endo Pharmaceuticals Inc.'s Amended Fed. R. Civ. P. 7.1 Statement on counsel for Roxane Laboratories, Inc. via CM/ECF Notification.

Alan B. Clement
LOCKE LORD LLP
Three World Financial Center
New York, NY  10281-2101
Tel:     (212) 415-8600
Email: aclement@lockelord.com

Scott B. Feder
Myoka K. Goodin
Amanda K. Kelly
Wasim K. Bleibel
Keith D. Parr
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL  60606
Tel:     (312) 443-0700
Email: sfeder@lockelord.com
          mkgoodin@lockelord.com
          akelly@lockelord.com
          wbleibel@lockelord.com
          kparr@lockelord.com

*Attorneys for Defendant*
*Roxane Laboratories, Inc.*

Dated:  March 21, 2014                                    By:      */s/ Jeff Fisher*