NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

SUZAN JO
DIRECT DIAL: +1 212 692 1088
PERSONAL FAX: +1 212 214 0924
E-MAIL: sjo@duanemorris.com

*www.duanemorris.com*

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

March 3, 2014



**VIA HAND DELIVERY**
Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street, Room 1630
New York, New York 10007-1312

      Re:    **Endo Pharmaceuticals Inc., v. Roxane Laboratories, Inc.
              13 Civ. 3288 (TPG)**

Your Honor:

      As per your individual rules, enclosed herewith please find a courtesy copy of a **Notice of Motion, Memorandum of Law In Support of Motion to Quash Non-Party Subpoenas** and the **Declaration of William Youngblood In Support of Johnson Mattey Inc.'s Motion to Quash** filed via ECF on Friday, February 28, 2014 in the above matter.

                                      Very truly yours,

                                      Suzan Jo

SJ/gg

Enclosure