Griesa, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2014

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ENDO PHARMACEUTICALS INC.,

    *Plaintiff,*

v.

ROXANE LABORATORIES, INC.,

    *Defendant.*

C.A. No. 13-cv-3288-TPG

**NOTICE OF WITHDRAWAL
OF APPEARANCE AND ORDER**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York I, Joseph R. Heffern, hereby respectfully withdraw my appearance as counsel for defendant Endo Pharmaceuticals Inc., and request removal from service of any further pleadings in connection with the above-captioned matter.

The undersigned is no longer employed by or otherwise affiliated with Dechert LLP, counsel of record for Plaintiff Endo Pharmaceuticals Inc., The appearances by other Dechert LLP attorneys are unaffected by this request.

Dated: New York, New York
April 29, 2014

Respectfully Submitted

By: _____
Joseph R. Heffern

SO ORDERED
_____
Hon. Thomas P. Griesa
United States District Judge