**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., *Plaintiff,* v. ACTAVIS INC. and ACTAVIS SOUTHATLANTIC LLC, *Defendants.* | C.A. No. 12-CV-8985-TPG-GWG |
| ENDO PHARMACEUTICALS INC., *Plaintiff,* v. ROXANE LABORATORIES, INC., *Defendant.* | C.A. No. 13-CV-3288-TPG-GWG |
| ENDO PHARMACEUTICALS INC., and GRÜNENTHAL GMBH, *Plaintiffs,* v. TEVA PHARMACEUTICALS USA, INC. and BARR LABORATORIES, INC., *Defendants.* | C.A. No. 12-CV-8060-TPG-GWG |

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., and GRÜNENTHAL GMBH,<br><br>    *Plaintiffs,*<br><br>  v.<br><br>IMPAX LABORATORIES, INC. and THORX LABORATORIES, INC.,<br><br>    *Defendants.* | C.A. No. 12-CV-8317-TPG-GWG |
| ENDO PHARMACEUTICALS INC., and GRÜNENTHAL GMBH,<br><br>    *Plaintiffs,*<br><br>  v.<br><br>SANDOZ INC.,<br><br>    *Defendant.* | C.A. No. 12-CV-8318-TPG-GWG |
| ENDO PHARMACEUTICALS INC., and GRÜNENTHAL GMBH,<br><br>    *Plaintiffs,*<br><br>  v.<br><br>AMNEAL PHARMACEUTICALS, LLC and AMNEAL PHARMACEUTICALS OF NEW YORK, LLC,<br><br>    *Defendants.* | C.A. No. 12-CV-8115-TPG-GWG |

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., and GRÜNENTHAL GMBH,<br><br>*Plaintiffs,*<br><br>v.<br><br>PAR PHARMACEUTICAL COMPANIES, INC. and PAR PHARMACEUTICAL, INC.,<br><br>*Defendants.* | C.A. No. 12-CV-9261-TPG-GWG |
| ENDO PHARMACEUTICALS INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>PAR PHARMACEUTICAL COMPANIES, INC. and PAR PHARMACEUTICAL, INC.,<br><br>*Defendants.* | C.A. No. 13-CV-3284-TPG-GWG |
| ENDO PHARMACEUTICALS INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>RANBAXY LABORATORIES LTD., RANBAXY INC. and RANBAXY PHARMACEUTICALS, INC.,<br><br>*Defendants.* | C.A. No. 13-CV-8597-TPG-GWG |

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., and GRÜNENTHAL GMBH,<br><br>*Plaintiffs,*<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>*Defendant.* | C.A. No. 13-CV-435-TPG-GWG |
| ENDO PHARMACEUTICALS INC., and GRÜNENTHAL GMBH,<br><br>*Plaintiffs,*<br><br>v.<br><br>ACTAVIS INC., ACTAVIS SOUTH ATLANTIC LLC, and WATSON PHARMACEUTICALS, INC.,<br><br>*Defendants.* | C.A. No. 13-CV-436-TPG-GWG |
| ENDO PHARMACEUTICALS INC., and GRÜNENTHAL GMBH,<br><br>*Plaintiffs,*<br><br>v.<br><br>RANBAXY LABORATORIES LTD., RANBAXY INC. and RANBAXY PHARMACEUTICALS, INC.,<br><br>*Defendants.* | C.A. No. 13-CV-4343-TPG-GWG |

## DECLARATION OF JEFFREY FISHER IN SUPPORT OF PLAINTIFF ENDO PHARMACEUTICALS INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS REQUEST FOR CONFIRMATION THAT DECHERT MAY PARTICIPATE IN RELATED *INTER PARTES* REVIEW PROCEEDINGS

I, JEFFREY FISHER, declare as follows:

1. I am an attorney with Dechert LLP, which represents Plaintiff Endo Pharmaceuticals Inc. ("Endo) in this action. I have been admitted to practice in this Court.

2. I provide this declaration in support of Endo's Supplemental Brief in Support of its Request for Confirmation that Dechert May Participate in Related *Inter Partes* Review Proceedings. The facts stated in this declaration are based on my personal knowledge.

3. Attached as Exhibit 1 is a true and correct copy of excerpts from the hearing transcript, dated April 2, 2014.

4. Attached as Exhibit 2 is a true and correct copy of the article "IPR: A 2nd Bite At The Apple For Hatch-Waxman Litigants" by H. Keeto Sabharwal, Dennies Varughese and Joshua N. Mitchell of Sterne Kessler Goldstein & Fox PLLC.

5. Attached as Exhibit 3 is a true and correct copy of excerpts of Amneal Pharmaceuticals, LLC's Petition for *Inter Partes* Review of U.S. Patent No. 8,309,122, dated January 16, 2014.

6. Attached as Exhibit 4 is a true and correct copy of excerpts of Amneal Pharmaceuticals, LLC's Petition for *Inter Partes* Review of U.S. Patent No. 8,329,216, dated January 16, 2014.

7. Attached as Exhibit 5 is a true and correct copy of the Stipulated Endo/Amneal Protective Order, filed June 21, 2013.

8. Attached as Exhibit 6 is a true and correct copy of *Google Inc. v. Jongerius Panoramic Techs., LLC*, Case IPR2013-00191, Paper No. 50 (P.T.A.B. Feb. 13, 2014).

9. Attached as Exhibit 7 is a true and correct copy of *Ariosa Diagnostics, Inc. v. Sequenom, Inc.*, No. C-11-6391-SI, Slip Op. (N.D. Cal. Jun. 11, 2013).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2014         By: _____
                                JEFFREY FISHER