UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENDO PHARMACEUTICALS INC., Plaintiff,

-against-

ROXANE LABORATORIES, INC., Defendant.

13 cv 3288 ( TPG )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of Heidi Guetschow, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of California; and that his/her contact information is as follows (please print):

Applicant's Name: Heidi Guetschow

Firm Name: Dechert LLP

Address: 2440 W. El Camino Real, Suite 700

City / State / Zip: Mountain View, CA 94040-1499

Telephone / Fax: (650) 813-4800 / (650) 813-4848 - fax

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Endo Pharmaceuticals Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 5/20/14

United States District / ~~Magistrate Judge~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2014