

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

**MARTIN J. BLACK**

martin.black@dechert.com
+1 215 994 2664 Direct
+1 215 655 2664 Fax

May 16, 2014

**VIA ECF**

Hon. Thomas P. Griesa, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Endo Pharmaceuticals Inc., et al. v. Actavis Inc., et al.*, No. 13-cv-0436;
*Endo Pharmaceuticals Inc. v. Actavis Inc., et al.*, No. 12-cv -8985;
*Endo Pharmaceuticals Inc., et al., v. Amneal Pharms., LLC, et al.*, No. 12-cv-8115;
*Endo Pharmaceuticals Inc., et al., v. Impax Labs., Inc.*, No. 13-cv-0435;
*Endo Pharmaceuticals Inc., et al., v. Impax Labs. Inc. et al.*, No. 13-cv-8317;
*Endo Pharmaceuticals Inc. v. Par Pharm. Cos., Inc., et al.*, No. 13-cv-3284;
*Endo Pharmaceuticals Inc., et al., v. Par Pharm. Cos., Inc., et al.*, No. 13-cv-9261;
*Endo Pharmaceuticals Inc. v. Ranbaxy Labs. Ltd., et al.*, No. 13-cv-4343;
*Endo Pharmaceuticals Inc. v. Ranbaxy Labs. Ltd., et al.*, No. 13-cv-8597;
*Endo Pharmaceuticals Inc. v. Roxane Labs.*, No. 13-cv-3288;
*Endo Pharmaceuticals Inc., et al., v. Sandoz Inc.*, No. 12-cv-8318;
*Endo Pharmaceuticals Inc., et al. v. Teva Pharms. USA, Inc., et al.*, No. 12-cv-8060

Dear Judge Griesa:

This firm represents Plaintiff Endo Pharmaceuticals Inc. ("Endo") in the above-captioned Hatch-Waxman Act patent infringement actions currently pending before this Court. We write regarding the further briefing requested by the Court in its May 7, 2014 Order. Specifically, we seek to advise Your Honor of the briefing schedule agreed upon by Endo and Defendants Amneal, Actavis, Impax, ThoRx, Par, Ranbaxy, Roxane, Sandoz, and Teva.

The parties have agreed to the following:

- Endo to file opening brief today, May 16, 2014
    - o Endo limited to 10 pages
- Defendants to file response briefs on May 23, 2014



Hon. Thomas P. Griesa, U.S.D.J.
May 16, 2014
Page 2

- o   Defendant Amneal limited to 10 pages
- o   All other Defendants collectively limited to a 6 page response
- Endo to file reply briefs on May 29, 2014
    - o   Endo limited to 5 pages in response to Defendant Amneal
    - o   Endo limited to 3 pages in response to all other Defendants

Endo respectfully requests that the Court review the proposed briefing schedule and invites the Court to modify such schedule as it sees fit.

Sincerely,

/s/ Martin J. Black

Martin J. Black

MJB

So ordered,
Thomas P. Griesa
USDJ 5/20/14

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2014

**MEMO ENDORSED**