IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> ROXANE LABORATORIES, INC., <br><br> Defendant. | Case No. 13-cv-3288-TPG |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that I, Paul B. Sudentas, of the law firm of LOCKE LORD LLP hereby enter my appearance as counsel of record on behalf of Roxane Laboratories, Inc., defendant in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.  I certify that I am admitted to practice before this Court.

Dated: May 30, 2014

By:  /s/ Paul B. Sudentas

Paul B. Sudentas
psudentas@lockelord.com
Locke Lord LLP
3 World Financial Center
New York, New York 10281
(212) 415-8600

*Attorney for Defendant*
*Roxane Laboratories, Inc.*