# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2013-1662

**ENDO PHARMACEUTICALS INC.,**

*Plaintiff - Appellant,*

v.

**ROXANE LABORATORIES, INC.,**

*Defendant - Appellee.*

Appeal from the United States District Court for the Southern District of New York in No. 13-CV-3288, Senior Judge Thomas P. Griesa.

## MANDATE

In accordance with the judgment of this Court, entered March 31, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court

cc: Hugh S. Balsam
Martin J. Black
Alan B. Clement
Clerk of Court, Southern District of New York (New York)
Scott B. Feder
Vincent August Gallo
Myoka Kim Goodin
Joseph Raymond Heffern
Jonathan D.J. Loeb
Keith D. Parr
Robert Rhoad

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 10, 2014