IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> ROXANE LABORATORIES, INC., <br><br> Defendant. | Case No. 13-cv-3288-TPG |

**ROXANE LABORATORIES, INC.'S NOTICE OF MOTION
FOR LEAVE TO FILE A FIRST AMENDED ANSWER**

PLEASE TAKE NOTICE that, upon the accompanying Roxane's Memorandum in Support of its Motion for Leave to File a First Amended Answer , the Declaration of Myoka K. Goodin and exhibits thereto, and upon all the pleadings and proceedings heretofore had herein, Roxane Laboratories, Inc., by its attorneys, Locke Lord LLP, will move this Court for leave to file an amended answer pursuant to Federal Rule of Civil Procedure 15(a)(2).

Dated: June 23, 2014 By: _____

Alan B. Clement
Paul Sudentas
Locke Lord LLP
3 World Financial Center
New York, New York 10281
(212) 415-8600

Keith D. Parr
Scott B. Feder
Myoka Kim Goodin
Amanda K. Kelly
Wasim K. Bleibel
Locke Lord LLP
111 S. Wacker Drive
Chicago, IL  60606
(312) 443-0700

*Attorneys for Defendant*
*Roxane Laboratories, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 23 day of June, 2014, I served the foregoing ROXANE LABORATORIES, INC.'S NOTICE OF MOTION FOR LEAVE TO FILE A FIRST AMENDED ANSWER, together with memorandum of law and declaration and exhibits in support thereof, and a proposed order by causing a copy of the same to be delivered via email to:

Joshua I. Sherman      joshua.sherman@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036

Martin J. Black      martin.black@dechert.com
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

Jonathon Loeb      jonathan.loeb@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040

Robert D. Rhoad      robert.rhoad@dechert.com
DECHERT LLP
902 Carnegie Center
Suite 500
Princeton, NJ 08540

Wasim K Bleibel