IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., | |
| Plaintiff, | |
| v. | Case No. 13-cv-3288-TPG |
| ROXANE LABORATORIES, INC., | FILED UNDER SEAL |
| Defendant. | |

**DECLARATION OF MYOKA K. GOODIN IN SUPPORT OF
ROXANE'S MOTION FOR LEAVE TO FILE A FIRST AMENDED ANSWER**

I, Myoka K. Goodin, hereby affirm under penalty of perjury as follows:

1. I am a partner with the law firm of Locke Lord LLP and an attorney duly admitted to practice law in the State of Illinois. I serve as one of the counsel for Roxane Laboratories, Inc. in this matter. I submit this declaration in support of Roxane's Motion for Leave to File a First Amended Answer. I have knowledge of the following, and if called as a witness, could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Roxane's proposed Answer, Affirmative Defenses and Counterclaims to Plaintiff's Complaint.

3. Attached hereto as Exhibit 2 is a true and correct copy of a redlined comparison between Roxane's Answer, Affirmative Defenses and Counterclaims to Plaintiff's Complaint and Roxane's proposed Answer, Affirmative Defenses and Counterclaims to Plaintiff's Complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on June 23, 2014 in Chicago, Illinois.

Dated: June 23, 2014

_____
Myoka K. Goodin