UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENDO PHARMACEUTICALS INC., Plaintiff,

-against-

ROXANE LABORATORIES, INC., Defendant.

13 cv 3288 ( TPG )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Carl Gismervig__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __California__; and that his/her contact information is as follows (please print):

Applicant's Name: __Carl Gismervig__

Firm Name: __Dechert LLP__

Address: __2440 W. El Camino Real, Suite 700__

City / State / Zip: __Mountain View, CA 94040-1499__

Telephone / Fax: __(650) 813-4800 / (650) 813-4848 - fax__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Plaintiff Endo Pharmaceuticals Inc.__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 6/30/2014

_Thomas P. Griesa_

United States District / Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2014