# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., | C.A. No. 13-cv-3288-TPG |
| Plaintiff, | |
| v. | |
| ROXANE LABORATORIES, INC., | |
| Defendant. | |
| ENDO PHARMACEUTICALS INC. and GRÜNENTHAL GMBH, | C.A. No. 12-cv-8115-TPG |
| Plaintiffs, | |
| v. | |
| AMNEAL PHARMACEUTICALS, LLC and AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, | |
| Defendant. | |
| ENDO PHARMACEUTICALS INC., | C.A. No. 13-cv-8597-TPG |
| Plaintiff, | |
| v. | |
| RANBAXY LABORATORIES LTD., RANBAXY INC. and RANBAXY PHARMACEUTICALS INC. | |
| Defendants. | |

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., | C.A. No. 13-cv-4343-TPG |
| Plaintiff, | |
| v. | |
| RANBAXY LABORATORIES LTD., RANBAXY INC. and RANBAXY PHARMACEUTICALS INC., | |
| Defendants. | |

### DEFENDANTS' NOTICE OF DEFENDANTS' MOTION FOR REDUCTION IN THE NUMBER OF ASSERTED CLAIMS

PLEASE TAKE NOTICE that Roxane Laboratories, Inc., Amneal Pharmaceutical LLC, Ranbaxy Laboratories Ltd., Ranbaxy Inc., and Ranbaxy Pharmaceuticals Inc. by its attorneys, respectively, Locke Lord LLP, Sterne, Kessler, Goldstein & Fox PLLC, and Knobbe, Martens, Olson & Bear, LLP, hereby move the Court, as soon as counsel may be heard, for entry of an Order granting Defendants' Motion for Reduction in the Number of Asserted Claims.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendants shall rely upon this Notice of Motion; the accompanying Brief in Support of Defendants' Motion for Reduction in the Number of Asserted Claims; Appendix A; and the Declaration of Paul B. Sudentas and exhibits thereto.

Dated: August 28, 2014

By: _____

Alan B. Clement
Paul Sudentas
Locke Lord LLP
3 World Financial Center
New York, New York 10281
(212) 415-8600

Keith D. Parr
Scott B. Feder
Myoka Kim Goodin
Amanda K. Kelly
Wasim K. Bleibel
Locke Lord LLP
111 S. Wacker Drive
Chicago, IL  60606
(312) 443-0700

*Attorneys for Defendant
Roxane Laboratories, Inc.*

By: /s/ Keeto Sabharwal (KS)
H. Keeto Sabharwal
Paul A. Ainsworth (*admitted pro hac vice*)
Uma N. Everett (*admitted pro hac vice*)
Dennies Varughese (*admitted pro hac vice*)
Andrew M. Nason (*admitted pro hac vice*)
Krishan Y. Thakker
STERNE, KESSLER, GOLDSTEIN &
FOX PLLC
1100 New York Avenue, NW
Washington, DC 20005
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
keetos@skgf.com
painsworth@skgf.com
ueverett@skgf.com
dvarughe@skgf.com
anason@skgf.com
kthakker@skgf.com

*Attorneys for Defendants Amneal
Pharmaceuticals, LLC and Amneal
Pharmaceuticals of New York, LLC*

By: /s/ Carol Pitzel Cruz (A)

Gregory J. Fleesler
Shari A. Alexander
MOSES & SINGER LLP
405 Lexington Avenue
New York, NY 10174-1299
(212) 554-7800
gfleesler@mosessinger.com
salexander@mosessinger.com

William R. Zimmerman (*pro hac vice*)
Andrea L. Cheek (*pro hac vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave. N.W., Suite 900
Washington, DC 20006
(202) 640-6400
2wrz@kmob.com
Andrea.cheek@knobbe.com

Carol Pitzel Cruz (*pro hac vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
1420 5th Ave., Suite 3600
Seattle, WA 98199
(206) 405-2000
2cmp@kmob.com

*Attorneys for Defendants*
*Ranbaxy Laboratories Ltd., Ranbaxy Inc., and Ranbaxy Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2014, I served the foregoing DEFENDANTS' NOTICE OF DEFENDANTS' MOTION FOR REDUCTION IN THE NUMBER OF ASSERTED CLAIMS, together with brief, appendix, and declaration and exhibits in support thereof, by causing a copy of the same to be delivered via email to:

| | |
|---|---|
| Joshua I. Sherman<br>DECHERT LLP<br>1095 Avenue of the Americas<br>New York, NY 10036 | joshua.sherman@dechert.com |
| Martin J. Black<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104 | martin.black@dechert.com |
| Jonathon Loeb<br>DECHERT LLP<br>2440 W. El Camino Real, Suite 700<br>Mountain View, CA 94040 | jonathan.loeb@dechert.com |
| Robert D. Rhoad<br>DECHERT LLP<br>902 Carnegie Center<br>Suite 500<br>Princeton, NJ 08540 | robert.rhoad@dechert.com |

*Nina Vachhani*
Nina Vachhani