```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
ENDO PHARMACEUTICALS INC.,           :
                                     :
                 Plaintiff,          :
                                     :      13-cv-3288 (TPG)
           – against –               :
                                     :         ORDER
ROXANE LABORATORIES, INC.,           :
                                     :
                 Defendant.          :
                                     :
                                     :
------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 13-cv-3288
DATE FILED: 9/10/2014

On February 28, 2014, non-party Johnson Matthey, Inc. moved for an order quashing the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action dated January 31, 2014; and to quash the Subpoena to Testify at a Deposition in a Civil Action dated January 31, 2014, issued to it by Defendant, Roxane Laboratories, Inc.

For the reasons stated on the record at today's hearing, the motion to quash is denied. This order resolves item number 37 on the docket.

SO ORDERED

Dated: New York, New York
       September 10, 2014

Thomas P. Griesa
U.S. District Judge