UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
:
ENDO PHARMACEUTICALS, INC.,        :
:
                    Plaintiff,  :   13-CV-03288 (TPG)
:
    – against –  :   **ORDER**
:
ROXANE LABORATORIES, INC.,        :
:
                    Defendant.  :
:
------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/14

In early 2014, defendant Roxane Laboratories, Inc. served a subpoena to third-party Johnson Matthey, Inc. requesting production of, among other things, "the entire content" of a document known as the "Patent Purchase Agreement." Johnson Matthey moved to quash the subpoena, arguing, *inter alia*, that the documents requested were irrelevant to the underlying case and that production would create an undue hardship. The court held a conference on the motion to quash. Following the conference, the court denied the motion to quash in its entirety.

Johnson Matthey has failed to produce an un-redacted copy of the Patent Purchase Agreement to Roxane Laboratories, expressing concerns over confidentiality and relevance. Johnson Matthey has now written the court requesting a conference pursuant to Local Civil Rule 37.2.

An additional conference is unnecessary. Consistent with this court's previous denial of the motion to quash, Johnson Matthey is hereby ordered to produce to Roxane Laboratories a complete and un-redacted copy of the Patent Purchase Agreement, with the exception of the "Seller's Wire Instructions" located in Section 7 4 on page 22. Roxane Laboratories is hereby ordered to maintain strict confidentiality of the Patent Purchase Agreement pursuant to the protective order entered in this case and the agreements between it and Johnson Matthey.

This order resolves the letter motion listed as document number 95 in this case.

SO ORDERED

Dated: New York, New York
       October 16, 2014

*/s/ Thomas P. Griesa*
Thomas P. Griesa
U.S. District Judge