IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br><br> ROXANE LABORATORIES, INC., <br><br> Defendant. | C.A. No. 13-cv-03288-TPG |

**PLAINTIFF ENDO PHARMACEUTCIAL INC.'S ANSWER
TO DEFENDANT ROXANE LABORATORIES, INC.'S AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**

Plaintiff Endo Pharmaceuticals Inc. ("Endo") hereby responds to the November 21, 2014 Amended Answer, Affirmative Defenses and Counterclaims of Defendant Roxane Laboratories, Inc. ("Roxane" or "Defendant") as follows:

**ANSWER TO COUNTERCLAIMS**

1. Admitted, upon information and belief.

2. Admitted.

3. Admitted, upon information and belief.

4. Admitted.

5. Endo admits for the purposes of this action only that this Court has subject matter jurisdiction over Defendant's Counterclaims, but denies that Defendant is entitled to any of the relief it seeks in its Counterclaims.

6. Paragraph 6 states legal conclusions to which no response is required. To the extent a response is required, Endo admits that Defendant's Counterclaims present an actual

controversy within the Court's jurisdiction, but denies that Defendant is entitled to any of the relief it seeks in its Counterclaims

7. Admitted.

## COUNT 1
## Declaratory Judgment of Noninfringement of the '482 Patent

8. Denied.

## COUNT 2
## Declaratory Judgment of Invalidity of the '482 Patent

9. Denied.

## COUNT 3
## Declaratory Judgment of Noninfringement of the '122 Patent

10. Denied.

## COUNT 4
## Declaratory Judgment of Invalidity of the '122 Patent

11. Denied.

## COUNT 5
## Declaratory Judgment of Noninfringement of the '216 Patent

12. Denied.

## COUNT 6
## Declaratory Judgment of Invalidity of the '216 Patent

13. Denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Defendant's Counterclaims fail to state a claim upon which relief can be granted.

## PRAYER FOR RELIEF

WHEREFORE, Endo prays for relief as follows:

A. Entry of judgment in favor of Plaintiff and against Defendant with respect to Defendant's Counterclaims, and an award of the relief sought in Plaintiff's Complaint;

B. Dismissal of Defendant's Counterclaims with prejudice;

C. An award to Plaintiff of its attorneys fees, costs and expenses; and

D. Such other relief as the Court deems equitable and just.

Dated:  December 8, 2014

*Of Counsel*:

By: */s/* Jeffrey Fisher
Jeffrey Fisher
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

Martin J. Black
Robert D. Rhoad
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104
(215) 994-4000

Jonathan D. Loeb
DECHERT LLP
2440 W. El Camino Real
Suite 700
Mountain View, CA  94040
(650) 813-4800

ATTORNEYS FOR PLAINTIFF
ENDO PHARMACEUTICALS INC.