**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROXANE LABORATORIES, INC., <br><br> Defendants. | C.A. No. 13-cv-3288-TPG <br><br><br> **NOTICE OF APPEARANCE** |

     **PLEASE TAKE NOTICE** that I, Brian Goldberg, of the law firm of DECHERT LLP

hereby enter my appearance as counsel of record on behalf of Endo Pharmaceuticals Inc. in the

above-captioned action, and request that copies of all papers in this action be served upon me at

the address set forth below.  I certify that I am admitted to practice before this Court.


                                 **DECHERT LLP**


                                 s/ Brian Goldberg
                                 Suite 500
                                 902 Carnegie Center
                                 Princeton, NJ  08540
Date:  January 20, 2015            (609) 955-3200
                                 brian.goldberg@dechert.com

                                 *Attorneys for Plaintiff Endo Pharmaceuticals,*
                                 *Inc.*