UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ENDO PHARMACEUTICALS INC., *et al.*,

                Plaintiffs,

    – against –

AMNEAL PHARMACEUTICALS, LLC *et al.*,
                Defendants.
-----------------------------------------------------------x

12-cv-8115 (TPG)

ENDO PHARMACEUTICALS INC.,

                Plaintiff,

    – against –

ROXANE LABORATORIES, INC.
                Defendant.
-----------------------------------------------------------x

13-CV-3288 (TPG)

ENDO PHARMACEUTICALS INC.,

                Plaintiff,

    – against –

RANBAXY LABORATORIES LTD., *et al.*,

                Defendants.
-----------------------------------------------------------x

13-CV-4343 (TPG)

ENDO PHARMACEUTICALS INC.,

                Plaintiff,

    – against –

RANBAXY LABORATORIES LTD., *et al.*,

                Defendants.
-----------------------------------------------------------x

13-CV-8597 (TPG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/15

## **ORDER**

On August 29, 2014, defendants filed a motion requesting that the court order plaintiffs to reduce the number of claims asserted in the above captioned cases.

Having since held two hearings to narrow the issues for trial, the court denies the motion for a reduction in the number of claims asserted as moot.

SO ORDERED

Dated: New York, New York
       January 29, 2015

_____
Thomas P. Griesa
U.S. District Judge