**UNITED STATES DISTRICT COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

ENDO PHARMACEUTICALS INC., Plaintiff,

-against-

ROXANE LABORATORIES, INC., Defendant.

<u>13</u> cv <u>3288</u> ( TPG )

**ORDER FOR ADMISSION
PRO HAC VICE**

The  motion of <u>Sharon K. Gagliardi</u>, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant  has declared that he/she is a member  in good standing of the bar(s) of the state(s) of

<u>Pennsylvania and New Jersey</u>; and that his/her contact information is as follows

(please print):

Applicant's Name:  <u>Sharon K. Gagliardi</u>

Firm Name: <u>Dechert LLP</u>

Address:  <u>Cira Centre, 2929 Arch Street</u>

City / State / Zip: <u>Philadelphia, PA 19104</u>

Telephone / Fax:  <u>(215) 994-4000 / (215) 994-2222 - fax</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for
<u>Plaintiff Endo Pharmaceuticals Inc.</u> in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:  <u>2/2/15</u>

_Thomas P. Griesa_

United States District / Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/2/15