UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENDO PHARMACEUTICALS INC., Plaintiff,

-against-

ROXANE LABORATORIES, INC., Defendant.

13 cv 3288 ( TPG )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of Blake Greene, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of California, Massachusetts, and Texas; and that his/her contact information is as follows (please print):

Applicant's Name: Blake Greene

Firm Name: Dechert LLP

Address: 300 West 6th Street, Suite 2010

City / State / Zip: Austin, TX 78701

Telephone / Fax: (512) 394-3000 / (512) 394-3001 - fax

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Endo Pharmaceuticals Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 2/4/15

_Thomas P. Griesa_
United States District / Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/15