Griesa, J.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/15

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and GRÜNENTHAL GMBH,<br><br>        Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., and BARR LABORATORIES, INC.,<br><br>        Defendants. | C.A. No. 12-cv-8060-TPG |
| ENDO PHARMACEUTICALS INC. and GRÜNENTHAL GMBH,<br><br>        Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS, LLC and AMNEAL PHARMACEUTICALS OF NEW YORK, LLC,<br><br>        Defendants. | C.A. No. 12-cv-8115-TPG |
| ENDO PHARMACEUTICALS INC. and GRÜNENTHAL GMBH,<br><br>        Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC. and THORX LABORATORIES, INC.,<br><br>        Defendants. | C.A. No. 12-cv-8317-TPG |

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and GRÜNENTHAL GMBH,<br><br>        Plaintiffs,<br><br>v.<br><br>SANDOZ INC.,<br><br>        Defendant. | C.A. No. 12-cv-8318-TPG |
| ENDO PHARMACEUTICALS INC. and GRÜNENTHAL GMBH,<br><br>        Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>        Defendant. | C.A. No. 13-cv-435-TPG |
| ENDO PHARMACEUTICALS INC. and GRÜNENTHAL GMBH,<br><br>        Plaintiffs,<br><br>v.<br><br>ACTAVIS INC., ACTAVIS SOUTH ATLANTIC LLC, and WATSON PHARMACEUTICALS, INC.,<br><br>        Defendants. | C.A. No. 13-cv-436-TPG |

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., <br><br> Plaintiff, <br> v. <br><br> RANBAXY LABORATORIES LTD., RANBAXY INC., AND RANBAXY PHARMACEUTICALS INC., <br><br> Defendants. | C.A. No. 13-cv-8597-TPG |
| ENDO PHARMACEUTICALS INC., <br><br> Plaintiff, <br> v. <br><br> ACTAVIS INC. and ACTAVIS SOUTH ATLANTIC LLC, <br><br> Defendants. | C.A. No. 12-cv-8985-TPG |
| ENDO PHARMACEUTICALS INC., <br><br> Plaintiff, <br> v. <br><br> PAR PHARMACEUTICAL COMPANIES, INC. and PAR PHARMACEUTICAL, INC., <br><br> Defendants. | C.A. No. 13-cv-3284-TPG |
| ENDO PHARMACEUTICALS INC., <br><br> Plaintiff, <br> v. <br><br> ROXANE LABORATORIES, INC., <br><br> Defendant. | C.A. No. 13-cv-3288-TPG |

| | |
|---|---|
| ENDO PHARMACEUTICALS INC.,<br><br>          Plaintiff,<br><br>v.<br><br>RANBAXY LABORATORIES LTD.,<br>RANBAXY INC., AND RANBAXY<br>PHARMACEUTICALS INC.,<br><br>          Defendants. | C.A. No. 13-cv-4343-TPG |

## STIPULATION TO EXTEND TIME TO FILE PRETRIAL STATEMENT

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that

the deadline to submit "a statement of the elements of each claim or defense involving such

party, together with a summary of the facts relied upon to establish each element" and/or a

"pretrial memorandum" pursuant to section 3(B) of the Judge's Individual Practices is extended

to March 11, 2015.


Stipulated and agreed:

Dated:  March 5, 2015

By: _____

Jeffrey Fisher
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
jeffrey.fisher@dechert.com

Martin J. Black
Robert D. Rhoad
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

martin.black@dechert.com
robert.rhoad@dechert.com

Jonathan D. Loeb
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040
(650) 813-4800
jonathan.loeb@dechert.com

*Attorneys for Plaintiff*
*Endo Pharmaceuticals Inc.*

By: _Stephen Hoffman_

Stephen D. Hoffman (SH 6089)
WILK AUSLANDER LLP
1515 Broadway, 43rd Floor
New York, NY 10036
(212) 981-2300
shoffman@wilkauslander.com

Basil J. Lewris
Joann M. Neth
Jennifer H. Roscetti
FINNEGAN, HENDERSON,
FARRABOW, GARRETT &
DUNNER LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000
bill.lewris@finnegan.com
joann.neth@finnegan.com
jennifer.roscetti@finnegan.com

Anthony C. Tridico
FINNEGAN EUROPE LLP
16 Old Bailey
London EC4M 7EG
United Kingdom
anthony.tridico@finnegan.com

*Attorneys for Plaintiff*
*Grünenthal GMBH*

By: _Huiya Wu_

Huiya Wu
Elizabeth Holland
Brian J. Robinson
Daniel P. Margolis
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel:       212-813-8800
Email:    HWu@goodwinprocter.com
            EHolland@goodwinprocter.com
            BRobinson@goodwinprocter.com
            DMargolis@goodwinprocter.com

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and*
*Barr Laboratories, Inc.*

By: _David Wynn_

David N. Wynn
ARENT FOX LLP
1675 Broadway
New York, NY 10019
Tel:      (212) 484-3900
Email:    wynn.david@arentfox.com
Richard J. Berman
Janine A. Carlan
Aziz Burgy
Taniel E. Anderson
Stephen Yang
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20036-5342
Tel:      (202) 857-6000
Email:    richard.berman@arentfox.com
          janine.carlan@arentfox.com
          aziz.burgy@arentfox.com
          anderson.taniel@arentfox.com
          stephen.yang@arentfox.com
          opana-ntr@arentfox.com

*Attorneys for Defendants*
*Par Pharmaceutical Companies, Inc. and*
*Par Pharmaceutical, Inc.*

By: _H. Keeto Sabharwal_

H. Keeto Sabharwal
Paul A. Ainsworth
Dennies Varughese
Uma N. Everett
Andrew M. Nason
Krishan Y. Thakker
STERNE KESSLER GOLDSTEIN & FOX,
PLLC
1100 New York Ave., N.W., Suite 800
Washington, DC  20005-3934
Tel:       (202) 371-2600
Email:    keetos@skgf.com
             painsworth@skgf.com
             dvarughe@skgf.com
             ueverett@skgf.com
             anason@skgf.com
             kthakker@skgf.com
             amneal.opana@skgf.com

*Attorneys for Defendants*
*Amneal Pharmaceuticals, LLC and Amneal*
*Pharmaceuticals of New York, LLC*

By: _Matthew D'Amore_

Matthew D'Amore
David J. Austin
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Tel:        (212) 468-8000
Email:    MDAmore@mofo.com
             DAustin@mofo.com

David C. Doyle
Eric M. Acker
Brian M. Kramer
Steve Keane
Marta Godecki
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
Tel:        (858) 720-5100
Email:    DDoyle@mofo.com
             EAcker@mofo.com
             BMKramer@mofo.com
             SKeane@mofo.com
             MGodecki@mofo.com
             SandozOxymorphone@mofo.com

*Attorneys for Defendant*
*Sandoz Inc.*

By: *Scott Samay*

Scott R. Samay
Anna Lamut
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Email: ssamay@winston.com
alamut@winston.com

James F. Hurst
Maureen L. Rurka
Kevin Warner
Lesley M. Hamming
Patricia Pratt (paralegal)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Email: jhurst@winston.com
mrurka@winston.com
kwarner@winston.com
lhamming@winston.com
ppratt@winston.com

*Attorneys for Defendants*
*Impax Laboratories, Inc. and*
*ThoRx Laboratories, Inc.*

By: *Charles Weiss*

Charles A. Weiss
Eric H. Yecies
Nicholas P. Chiara
Leisa Smith Lundy
Howard Suh
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Tel:        (212) 513-3200
Email:     charles.weiss@hklaw.com
              eric.yecies@hklaw.com
              nicholas.chiara@hklaw.com
              leisa.lundy@hklaw.com
              howard.suh@hklaw.com
              ClientTeam-ActavisPatent-
              OpanaER@hklaw.com

*Attorneys for Defendants*
*Actavis Inc., Actavis South Atlantic LLC and*
*Watson Pharmaceuticals, Inc.*

By: _Alan Clement_

Alan B. Clement
Paul B. Sudentas
LOCKE LORD LLP
Three World Financial Center
New York, NY 10281-2101
Tel:       (212) 415-8600
Email:    aclement@lockelord.com
            psudentas@lockelord.com

Scott B. Feder
Myoka K. Goodin
Amanda K. Kelly
Wasim K. Bleibel
Keith D. Parr
Nina Vachhani
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel:       (312) 443-0700
Email:    sfeder@lockelord.com
            mkgoodin@lockelord.com
            akelly@lockelord.com
            wbleibel@lockelord.com
            kparr@lockelord.com
            nvachhani@lockelord.com
            RoxaneOxymorphone@lockelord.
            com

*Attorneys for Defendant*
*Roxane Laboratories, Inc.*

By: _Greg Fleesler_

Gregory J. Fleesler
Shari A. Alexander
MOSES & SINGER LLP
405 Lexington Avenue
New York, NY 10174-1299
Tel:      (212) 554-7800
Email:    gfleesler@mosessinger.com
          salexander@mosessinger.com

William R. Zimmerman
Andrea L. Cheek
KNOBBE, MARTENS, OLSON & BEAR
LLP
1717 Pennsylvania Avenue N.W., Suite 900
Washington, DC 20006
Tel:      (202) 640-6400
Email:    bill.zimmerman@knobbe.com
          andrea.cheek@knobbe.com


Carol Pitzel Cruz
Christie R.W. Matthaei
Knobbe, Martens, Olson & Bear LLP
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Tel:      (206) 405-2000
Email:    carol.pitzelcruz@knobbe.com
          christie.matthaei@knobbe.com
          2cmp@knobbe.com

Nathanael R. Luman
Knobbe, Martens, Olson & Bear LLP
12790 El Camino Real
San Diego, CA 92130
Tel:      (858) 707-4000
Email:    nate.luman@knobbe.com

*Attorneys for Defendants*
*Ranbaxy Laboratories Ltd., Ranbaxy Inc.,*
*and Ranbaxy Pharmaceuticals Inc.*

**SO ORDERED**

This _____ day of _____ March _____ 2015

HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE