UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENDO PHARMACEUTICALS, INC.,

Plaintiff,

-against-

ROXANE LABORATORIES,

Defendant.

13 cv 3288 ( TPG )

**MOTION FOR ADMISSION
PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I _Nina J. Vachhani_, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for _Roxane Laboratories, Inc._ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of _Illinois_ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: March 16, 2015

Respectfully Submitted,

_/s/ Nina J. Vachhani_

Applicant Signature

Applicant's Name: Nina J. Vachhani

Firm Name: Locke Lord LLP

Address: 111 S. Wacker Drive

City / State / Zip: Chicago, IL  60606

Telephone / Fax: 312-443-1874 / 312-896-6067

E-Mail: nvachhani@lockelord.com

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Nina J. Vachhani

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 31, 2013 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Friday, March 13, 2015.

*Carolyn Taft Grosboll*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENDO PHARMACEUTICALS, INC.

                Plaintiff,

      -against-

ROXANE LABORATORIES, INC.

              Defendant.

<u>  13  </u> cv <u>  3288  </u> ( TPG )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of <u>Nina J. Vachhani</u>, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of <u>Illinois</u>; and that his/her contact information is as follows (please print):

Applicant's Name: <u>Nina J. Vachhani</u>

Firm Name: <u>Locke Lord LLP</u>

Address: <u>111 South Wacker Drive</u>

City / State / Zip: <u>Chicago, IL  60606</u>

Telephone / Fax: <u>312-443-1874 / 312-896-6067</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for <u>Roxane Laboratories, Inc.</u> in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:<u>             </u>

<u>                         </u>
United States District / Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., | Case No. 13-cv-3288-TPG |
| Plaintiff, | |
| v. | |
| ROXANE LABORATORIES, INC., | |
| Defendant. | |

## AFFIDAVIT OF SERVICE

I hereby certify that on this 16th day of March, 2015, a true and correct copy of the Motion for Admission Pro Hac Vice, Certificate of Good Standing, and Proposed Order were filed and served on the following via the Court's ECF filing system:

Jonathan D. Loeb, Esq.
Jonathan.Loeb@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040

Robert D. Rhoad, Esq.
Robert.Rhoad@dechert.com
DECHERT LLP
Suite 500
902 Carnegie Center
Princeton, NJ 08540-6531

Sharon K. Gagliardi, Esq.
Sharon.Gagliardi@dechert.com
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

Dated: March 16, 2015

_____
/s/ Nina J. Vachhani
Nina J. Vachhani