**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENDO PHARMACEUTICALS INC.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ROXANE LABORATORIES, INC.,<br><br>　　　　Defendants. | C.A. No. 13-cv-3288-TPG<br><br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that I, Daniel P. Hope, of the law firm of DECHERT LLP hereby enter my appearance as counsel of record on behalf of Endo Pharmaceuticals Inc. in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

　　　　　　　　　　　　　　　　　　**DECHERT LLP**

Date: March 17, 2015

　　　　　　　　　　　　　　　　　　/s/ *Daniel P. Hope*
　　　　　　　　　　　　　　　　　　Daniel P. Hope
　　　　　　　　　　　　　　　　　　1095 Avenue of the Americas
　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　(215) 698-3500
　　　　　　　　　　　　　　　　　　daniel.hope@dechert.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Endo Pharmaceuticals, Inc.*