

Suite 500
902 Carnegie Center
Princeton, NJ 08540-6531
+1 609 955 3200 Main
+1 609 955 3259 Fax
www.dechert.com

**BRIAN GOLDBERG**

brian.goldberg@dechert.com
+1 609 955 3205 Direct
+1 609 955 3259 Fax

March 17, 2015

**VIA ECF**

Honorable Thomas P. Griesa
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
Courtroom 26B
500 Pearl Street
New York, NY 10007-1312

Re:   *Endo Pharms. Inc., et al. v. Actavis Inc., et al.*, No. 13-cv-0436;
      *Endo Pharms. Inc. v. Actavis Inc., et al.*, No. 12-cv -8985;
      *Endo Pharms. Inc., et al., v. Amneal Pharms., LLC, et al.*, No. 12-cv-8115;
      *Endo Pharms. Inc., et al., v. Impax Labs., Inc.*, No. 13-cv-0435;
      *Endo Pharms. Inc., et al., v. Impax Labs. Inc. et al.*, No. 12-cv-8317;
      *Endo Pharms. Inc. v. Par Pharm. Cos., Inc., et al.*, No. 13-cv-3284;
      *Endo Pharms. Inc., et al., v. Par Pharm. Cos., Inc., et al.*, No. 12-cv-9261;
      *Endo Pharms. Inc. v. Ranbaxy Labs. Ltd., et al.*, No. 13-cv-4343;
      *Endo Pharms. Inc. v. Ranbaxy Labs. Ltd., et al.*, No. 13-cv-8597;
      *Endo Pharms. Inc. v. Roxane Labs.*, No. 13-cv-3288;
      *Endo Pharms. Inc., et al., v. Sandoz Inc.*, No. 12-cv-8318;
      *Endo Pharms. Inc., et al. v. Teva Pharms. USA, Inc., et al.*, No. 12-cv-8060

Dear Judge Griesa:

      Pursuant to Rule 1(A) of Your Honor's Individual Practices, we write with the consent of all parties to the above-referenced actions to request permission for Plaintiffs' witness, Dr. Chris Rauwendaal, to be allowed to complete his rebuttal testimony, potentially out of sequence, on April 2, 2015, in order to accommodate a previously scheduled overseas speaking engagement. We understand that the Court will not hold session on April 3. If that understanding is not correct, then Dr. Rauwendaal would have to complete his rebuttal testimony by April 3.

James J. Marino, Resident Managing Partner
A Pennsylvania Limited Liability Partnership

US  Austin  Boston  Charlotte  Hartford  Los Angeles  New York  Orange County  Philadelphia  Princeton  San Francisco  Silicon Valley
Washington DC   EUROPE  Brussels  Dublin  Frankfurt  London  Luxembourg  Moscow  Munich  Paris   ASIA  Beijing  Hong Kong



Honorable Thomas P. Griesa
U.S.D.J.
March 17, 2015
Page 2

The parties thank the Court for its consideration of this request.

Respectfully submitted,

Brian M. Goldberg

cc:   All counsel of record (via ECF)