# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROXANE LABORATORIES, INC., <br><br> Defendant. | C.A. No. 13-cv-3288-TPG |
| ENDO PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> RANBAXY LABORATORIES LTD., RANBAXY INC., AND RANBAXY PHARMACEUTICALS INC., <br><br> Defendants. | C.A. No. 13-cv-04343-TPG <br><br> C.A. No. 13-cv-08597-TPG |

**REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS'
MOTION *IN LIMINE* TO EXCLUDE UNQUALIFIED
TESTIMONY OF REZA FASSIHI, PH.D.**

Alan B. Clement
Paul Sudentas
LOCKE LORD LLP
3 World Financial Center
New York, New York 10281
(212) 415-8600

Keith D. Parr
Scott B. Feder
Myoka Kim Goodin
Amanda K. Kelly
Wasim K. Bleibel
LOCKE LORD LLP
111 S. Wacker Drive
Chicago, Il 60606
(312) 443-0700

*Attorneys for Defendant
Roxane Laboratories, Inc.*

Gregory J. Fleesler
Shari A. Alexander
MOSES & SINGER LLP
405 Lexington Avenue
New York, NY 10174-1299
(212) 554-7800
gfleesler@mosessinger.com
salexander@mosessinger.com

William R. Zimmerman (*pro hac vice*)
Andrea L. Cheek (*pro hac vice*)
KNOBBE MARTENS OLSON & BEAR LLP
1717 Pennsylvania Avenue N.W., Suite 900
Washington, D.C. 20006
(202) 640-6400

Carol Pitzel Cruz (*pro hac vice*)
KNOBBE MARTENS OLSON & BEAR LLP
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
 (206) 405-2000

*Attorneys for Defendants
Ranbaxy Laboratories Ltd., Ranbaxy Inc., and
Ranbaxy Pharmaceuticals Inc.*

Endo's opposition to Defendants' motion *in limine* as well as the accompanying Declaration of Reza Fassihi, Ph.D. are instructive for what they do not say rather than what they actually say.  Defendants do not dispute that Dr. Fassihi is a pharmacist.  The opinions that Defendants seek to preclude Dr. Fassihi from testifying about are not the subject matter of a pharmaceutical scientist or pharmacist.  The claim limitations and subject matter about which Defendants seek to preclude Dr. Fassihi from testifying are those pertaining to "[t]he method of treating pain in a human subject."  These claim limitations pertain to the subject matter of a medical doctor – someone who treats patients, and more particularly, someone who treats patients for pain.  What Endo fails to address is that Dr. Fassihi conceded that: (1) he is not a physician; (2) he has never prescribed a drug; and (3) he has never prescribed an opioid.  *See* Sudentas Decl. Ex. 4, Fassihi Dep. at 32:3-8.  Further, Endo states that "Dr. Fassihi is an expert on modified release dosage forms."  Endo Opp. at 6.  But, even common sense tells us that being a pharmaceutical expert on modified release dosage forms is a far cry from being a medical doctor or an expert in diagnosing and treating patients.

For the reasons set forth above and in Defendants' March 6, 2015 Memorandum in Support of Defendants' Motion *in Limine* to Exclude Unqualified Testimony of Reza Fassihi, Ph.D., the Court should grant Defendants' motion and exclude and/or limit unqualified testimony of Reza Fassihi, Ph.D.

1

Dated: March 19, 2015

Respectfully Submitted,

/s/Alan B. Clement_____
Alan B. Clement
Paul B. Sudentas
LOCKE LORD LLP
3 World Financial Center
New York, New York 10281
(212) 415-8600

Keith D. Parr
Scott B. Feder
Myoka Kim Goodin
Amanda K. Kelly
Wasim K. Bleibel
LOCKE LORD LLP
111 S. Wacker Drive
Chicago, IL 60606
(312) 443-0700

*Attorneys for Defendant*
*Roxane Laboratories, Inc.*

 /s/Carol Pitzel Cruz_____
Gregory J. Fleesler
Shari A. Alexander
MOSES & SINGER LLP
405 Lexington Avenue
New York, NY 10174-1299
(212) 554-7800
gfleesler@mosessinger.com

salexander@mosessinger.com
William R. Zimmerman (*pro hac vice*)
Andrea L. Cheek (*pro hac vice*)
KNOBBE MARTENS OLSON & BEAR LLP
1717 Pennsylvania Avenue N.W., Suite 900
Washington, D.C. 20006
(202) 640-6400
2wrz@kmob.com
andrea.cheek@knobbe.com

Carol Pitzel Cruz (*pro hac vice*)
KNOBBE MARTENS OLSON & BEAR LLP
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
(206) 405-2000
2cmp@kmob.com

*Attorneys for Defendants*
*Ranbaxy Laboratories Ltd., Ranbaxy Inc., and*
*Ranbaxy Pharmaceuticals Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

I, Paul B. Sudentas, hereby certify that on March 19, 2015, a true and correct copy of the

foregoing REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION IN

LIMINE TO EXCLUDE UNQUALIFIED TESTIMONY OF REZA FASSIHI, PH.D. was

electronically served by email upon the following counsel:

Jonathan D. Loeb, Esq.
Jonathan.Loeb@dechert.com
Dechert LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040

Robert D. Rhoad, Esq.
Robert.Rhoad@dechert.com
Dechert LLP
Suite 500
902 Carnegie Center
Princeton, NJ 08540-6531

Sharon K. Gagliardi, Esq.
Sharon.Gagliardi@dechert.com
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

*Attorneys for Plaintiff*
*Endo Pharmaceuticals Inc.*

Date: March 19, 2015

By: /s/Paul B. Sudentas _____