UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENDO PHARMACEUTICALS, INC.

                Plaintiff,

-against-

ROXANE LABORATORIES, INC.

                Defendant.

13 cv 3288 ( TPG )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of _Nina J. Vachhani_, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _Illinois_; and that his/her contact information is as follows (please print):

Applicant's Name: Nina J. Vachhani
Firm Name: Locke Lord LLP
Address: 111 South Wacker Drive
City / State / Zip: Chicago, IL 60606
Telephone / Fax: 312-443-1874 / 312-896-6067

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for _Roxane Laboratories, Inc._ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3/20/15

_Thomas P. Griesa_ /amd

United States District / Magistrate Judge