

Three World Financial Center
New York, NY 10281
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Alan B. Clement
Direct Telephone: 212-812-8318
Direct Fax: 212-812-8378
aclement@lockelord.com

March 27, 2015

**VIA HAND AND EMAIL**

The Honorable Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York
10007-1312

    Re:    *Endo Pharmaceuticals Inc. v. Roxane Laboratories, Inc.* (13-cv-3288)

Dear Judge Griesa:

Defendant Roxane Laboratories, Inc. writes to advise the Court and to provide third-party Johnson Matthey with advance notice that Roxane intends to offer into evidence documents and testimony provided by Johnson Matthey in connection with Roxane's unclean hands defense.

As the Court is aware, these documents and testimony are the product of Roxane's third-party subpoenas served on third-party Johnson Matthey. At the time the documents were produced, the parties agreed that these materials would be designated "confidential, outside counsel eyes only" and subject to the Protective Order entered in this case (D.I. 33.)

Roxane intends to present these documents and the testimony of Johnson Matthey's 30(b)(6) corporate designee without sealing the courtroom because trials are public proceedings. As was mentioned during the first day of trial, the parties agreed that the sealing of the courtroom would not be necessary and that a party seeking to maintain the confidentiality of any documents would need to raise that issue with the Court.

Roxane has copied Johnson Matthey and Endo on this communication to allow either of them to raise any objections they may have so that they may be addressed prior to the introduction of this evidence at trial.

Atlanta | Austin | Boston | Chicago | Dallas | Hartford | Hong Kong | Houston | Istanbul | London | Los Angeles | Miami | Morristown | New Orleans
New York | Orange County | Providence | Sacramento | San Francisco | Stamford | Tokyo | Washington DC | West Palm Beach

Case 1:13-cv-03288-TPG   Document 158   Filed 03/27/15   Page 2 of 2

March 27, 2015
Page 2

Respectfully submitted,

Alan B. Clement


cc:     Suzan Jo, Esq.

        Counsel of Record