IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., | |
| Plaintiff, | |
| v. | Case No. 13-cv-3288-TPG |
| ROXANE LABORATORIES, INC., | |
| Defendant. | |

## [PROPOSED] ORDER AUTHORIZING DR. UMESH BANAKAR OR COUNSEL FOR ROXANE LABORATORIES, INC. TO BRING DISSOLUTION EQUIPMENT INTO THE COURTHOUSE FOR USE IN TRIAL

**IT IS HEREBY ORDERED** that Dr. Umesh Banakar or the following individuals from Locke Lord LLP, counsel for Roxane Laboratories, Inc.—Alan B. Clement, Scott B. Feder, Myoka Kim Goodin, Edmund Hwee, Amanda Kelly, or Paul B. Sudentas are authorized to bring the following three pieces of dissolution equipment identified by photographs below into the Courthouse for use in a proceeding or trial in the action captioned *Endo Pharmaceuticals, Inc. v. Roxane Laboratories, Inc.*, Civil Action No. 13-cv-3288 TPG and related cases, including 12-8985, 13-436, 12-9261, 13-435, 12-8060, 12-8317, 12-8318, 13-4343, 13-8597 and 12-8115:







A copy of this Order must be presented when entering the Courthouse with the three pieces of above-pictured dissolution equipment.

**IT IS** on this 7th day of April, 2015,

**SO ORDERED.**

Dated: _____, 2015

HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE