USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/15

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and GRÜNENTHAL GMBH, | |
| Plaintiffs, | C.A. No. 12-cv-08115-TPG-GWG |
| v. | |
| AMNEAL PHARMACEUTICALS, LLC and AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, | |
| Defendants. | |
| ENDO PHARMACEUTICALS INC. and GRÜNENTHAL GMBH, | |
| Plaintiffs, | C.A. No. 12-cv-08060-TPG-GWG |
| v. | |
| TEVA PHARMACEUTICALS USA, INC., and BARR LABORATORIES, INC., | |
| Defendants. | |
| ENDO PHARMACEUTICALS INC. and GRÜNENTHAL GMBH, | |
| Plaintiffs, | C.A. No. 12-cv-08317-TPG-GWG |
| v. | |
| IMPAX LABORATORIES, INC. and THORX LABORATORIES, INC., | |
| Defendants. | |
| ENDO PHARMACEUTICALS INC., | |
| Plaintiff, | |
| v. | C.A. No. 12-cv-08985-TPG-GWG |
| ACTAVIS INC. and ACTAVIS SOUTH ATLANTIC LLC, | |
| Defendants. | |

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and GRÜNENTHAL GMBH,<br><br>                    Plaintiffs,<br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>                    Defendant. | C.A. No. 13-cv-00435-TPG-GWG |
| ENDO PHARMACEUTICALS INC. and GRÜNENTHAL GMBH,<br><br>                    Plaintiffs,<br>v.<br><br>ACTAVIS INC., ACTAVIS SOUTH ATLANTIC LLC, and WATSON PHARMACEUTICALS, INC.,<br><br>                    Defendants. | C.A. No. 13-cv-00436-TPG-GWG |
| ENDO PHARMACEUTICALS INC.,<br><br>                    Plaintiff,<br>v.<br><br>ROXANE LABORATORIES, INC.,<br><br>                    Defendant. | C.A. No. 13-cv-03288-TPG |
| ENDO PHARMACEUTICALS INC.,<br><br>                    Plaintiff,<br>v.<br><br>RANBAXY LABORATORIES LTD., RANBAXY INC., AND RANBAXY PHARMACEUTICALS INC.,<br><br>                    Defendants. | C.A. No. 13-cv-04343-TPG<br><br>C.A. No. 13-cv-08597-TPG |

**SECOND STIPULATION AND ORDER**
**REGARDING U.S. PATENT NO. 8,309,122 AND U.S. PATENT NO. 8,329,216**

Whereupon plaintiff Endo Pharmaceuticals Inc. ("Endo") and defendants Actavis Inc., Actavis South Atlantic LLC, and Watson Pharmaceuticals, Inc. (collectively, "Actavis"); Amneal Pharmaceuticals, LLC and Amneal Pharmaceuticals of New York, LLC (collectively, "Amneal"); Impax Laboratories, Inc. ("Impax"); Ranbaxy Laboratories Ltd., Ranbaxy Inc., and Ranbaxy Pharmaceuticals Inc. (collectively, "Ranbaxy"); Roxane Laboratories, Inc. ("Roxane"); Teva Pharmaceuticals USA, Inc. and Barr Laboratories, Inc. (collectively, "Teva"); and ThoRx Laboratories, Inc. ("ThoRx") (collectively "Defendants") wish to narrow the issues for trial, they make the following stipulation:

The parties further stipulate and agree as follows:

1.  As used in the asserted claims of U.S. Patent 8,329,216 ("the '216 patent"), the term "a release rate profile designed to provide adequate blood plasma levels" over at least 12 hours should be construed to mean "a release rate profile that provides adequate blood plasma levels" over at least 12 hours.

2.  In light of this agreed-upon construction, Defendants stipulate and agree that each of their ANDA tablets has "a release rate profile designed to provide adequate blood plasma levels" over at least 12 hours. Accordingly, paragraph 3 on page 3 of the "STIPULATION AND ORDER REGARDING U.S. PATENT NO. 8,309,122 AND U.S. PATENT NO. 8,329,216" dated March 27, 2015 is deleted because that issue is no longer disputed by Defendants, and Endo is not required to present proof that the Defendants' ANDA tablets satisfy that limitation.

Endo and Defendants have entered this second stipulation as part of their continued good faith efforts to narrow the issues for trial.  Endo and Defendants agree that they will not use this second stipulation as a basis for any claim, allegation, or assertion that any party has not sufficiently narrowed the issues of infringement and validity or not acted in good faith throughout that process.

Stipulated and agreed:

DATED: April 8, 2015

_____
Jonathan D. Loeb
Jeffrey Fisher
**DECHERT LLP**
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040
(650) 813-4800
jonathan.loeb@dechert.com
jeffrey.fisher@dechert.com

Martin J. Black
Robert D. Rhoad
Sharon K. Gagliardi
**DECHERT LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 944-4000
martin.black@dechert.com
robert.rhoad@dechert.com
sharon.gagliardi@dechert.com

*Attorneys for Plaintiff*
*Endo Pharmaceuticals, Inc.*

_____
Alan B. Clement
Paul Sudentas
**LOCKE LORD LLP**
3 World Financial Center
New York, NY 10281

Scott B. Feder
Keith D. Parr
Myoka Kim Goodin
Amanda K. Kelly
Wasim K. Bleibel
Nina Vachhani
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, IL 60606

*Attorneys for Defendant*
*Roxane Laboratories, Inc.*

3

_(signature)_

Elizabeth Holland
Huiya Wu
Daniel P. Margolis
Brian J. Robinson
**GOODWIN PROCTER LLP**
The New York Times Building
New York, NY 10018-1405
Tel: (212) 459-7287
Fax: (212) 355-3333
eholland@goodwinprocter.com
hwu@goodwinprocter.com
dmargolis@goodwinprocter.com
brobinson@goodwinprocter.com

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc., and*
*Barr Laboratories, Inc.*

_(signature)_

William R. Zimmerman
Andrea L. Cheek
**KNOBBE, MARTENS, OLSON & BEAR LLP**
1717 Pennsylvania Avenue, Suite 900
Washington, DC 20006
(202) 640-6400
bill.zimmerman@knobbe.com
andrea.cheek@knobbe.com

Carol Pitzel Cruz
**KNOBBE, MARTENS, OLSON & BEAR LLP**
925 Fourth Ave, Suite 2500
Seattle, WA 98104
206 405-2000
2cmp@kmob.com

*Attorneys for Defendants*
*Ranbaxy Laboratories, LTD., Ranbaxy Inc.,*
*and Ranbaxy Pharmaceuticals, Inc.*

_(signature)_

Scott R. Samay
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
(212) 294-6700
ssamay@winston.com

Maureen L. Rurka
Kevin Warner
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
mrurka@winston.com
kwarner@winston.com

*Attorneys for Defendants*
*Impax Laboratories, Inc. and*
*ThoRx Laboratories, Inc.*

_(signature)_

Charles A. Weiss
Howard S. Suh
Eric H. Yecies
Nicholas P. Chiara
**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, NY 10019
Tel: (212) 513-3200
Fax: (212) 385-9010
charles.weiss@hklaw.com
howard.suh@hklaw.com
eric.yecies@hklaw.com
nicholas.chiara@hklaw.com

*Attorneys for Defendants*
*Actavis, Inc., Actavis South Atlantic LLC and*
*Watson Pharmaceuticals, Inc.*

4

*Keeto Sabharwal* /UE

H. Keeto Sabharwal
Paul A. Ainsworth (*admitted pro hac vice*)
Uma N. Everett (*admitted pro hac vice*)
Dennies Varughese (*admitted pro hac vice*)
Rami Bardenstein
Krishan Y. Thakker
Andrew M. Nason (*admitted pro hac vice*)
Brett E. Howard
**STERNE, KESSLER, GOLDSTEIN & FOX PLLC**
1100 New York Avenue, NW
Washington, DC 20005
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
keetos@skgf.com
painsworth@skgf.com
ueverett@skgf.com
dvarughe@skgf.com
rbardenstein@skgf.com
anason@skgf.com
kthakker@skgf.com
bhoward@skgf.com

*Attorneys for Defendants*
*Amneal Pharmaceuticals, LLC and*
*Amneal Pharmaceuticals of New York, LLC*

**SO ORDERED:**

This ___ day of April, 2015

**HONORABLE THOMAS P. GRIESA**
**UNITED STATES DISTRICT JUDGE**

5